

225

duplicate

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Jesse James
State Treasurer
Austin, Texas

Dear Mr. James:

Opinion No. O-5441

Re: Whether or not it is within
the jurisdiction of the purchasing
agents for the Board of Trustees
of the Teacher Retirement System,
to invest funds accumulated from
interest in bonds.

Your request for an opinion touching the above sub-
ject matter is as follows:

"The Teacher Retirement System, through
its Board of Trustees, has authorized the pur-
chase of $301,451.87 worth of United States
Government Bonds, for which purchase warrants
have been issued by the State Comptroller's
Department as follows:

"From Membership Annuity Reserve
Fund.......................$100,477.29
From Teacher Retirement
Interest Fund............ 100,477.29
From Teacher Retirement
Savings Fund............. 100,477.29

"Is it within the jurisdiction of the pur-
chasing agents for the Board of Trustees to in-
vest funds accumulated from interest in Bonds?"

Section 48a, Article III, of the Constitution
contains the following:

"All funds provided from the compensation
of said persons, or by the State of Texas, for

Honorable Jesse James - page 2

such Retirement Fund, as are received by
the Treasury of the State of Texas, shall
be invested in bonds of the United States,
the State of Texas, or counties or cities
of this State, or in bonds issued by any
agency of the United States Government,
the payment of the principal of and inter-
est on which is guaranteed by the United
States; * * *."

Article 2922-1, Section 8, of Vernon's Civil
Statutes, declares:

"All of the assets of the Retirement
System shall be credited according to the
purpose for which they are held to one (1)
of seven (7) funds, namely, the Teacher Saving
Fund, the State Membership Accumulation Fund,
the Membership Annuity Reserve Fund, the Prior-
Service Annuity Reserve Fund, the Interest
Fund, the Permanent Retirement Fund, and the
Expense Fund."

House Bill No. 602, Chap. 377, of the 48th Legis-
lature (1943) amended sub-section 8 of Section 8, with ref-
erence to the Interest Fund, so as to read as follows:

"The Interest Fund is hereby created to
facilitate the crediting of interest to the
various other funds. All income, interest
and dividends derived from the deposits and
investments authorized by this Act shall be
paid into the Interest Fund. Once each year
on August 31st, interest shall be allowed
and transferred to the other funds, respect-
ively. The State Board of Trustees shall an-
nually transfer to the credit of the inter-
est reserve account of the Permanent Retire-
ment Fund all excess earnings after interest-
bearing funds and the Expense Fund have been
duly credited with interest for the year in
the manner provided in this Act."

227

Subdivision (1) of Section 7 of the Teacher Retirement System Act, as amended by the 47th Legislature, Regular Session (1941), General Laws, p. 618, reads as follows:

"The State Board of Trustees shall be the trustees of the several funds as herein created by this Act, and shall have full power to invest and reinvest such funds subject to the following limitations and restrictions:   All retirement funds, as are received by the Treasury of the State of Texas from contributions of teachers and employers as herein provided, may be invested only in bonds of the United States, the State of Texas, or counties, or cities, or school districts of this State, wherein said counties, or cities, or school districts have not defaulted in principal or interest on bonds within a period of ten (10) years, or in bonds issued by any agency of the United States Government, the payment of the principal and interest on which is guaranteed by the United States; and in interest-bearing notes or bonds of the University of Texas issued under and by virtue of Chapter 40, Acts of the forty-third Legislature, Second Called Session; provided that a sufficient amount of said funds shall be kept on hand to meet the immediate payment of the amounts that may become due each year as provided in this Act. The State Board of Trustees shall have full power by proper resolution to hold, purchase, sell, assign, transfer, and dispose of any of the securities and investments in which any of the funds created herein shall have been invested, as well as the proceeds of said investments and any moneys belonging to said funds, provided that any money on hand shall be subject to the State Depository Laws of Texas."

We find no constitutional reason why the Legislature may not enact such general provision, and since the authority there conferred to invest and reinvest such funds "created" by that Act, one of which is the interest fund, it is our opinion your question should be answered in the affirma-

Honorable Jesse James - page 4

tive.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Ocie Speer
Assistant

OS-MR

APPROVED NOV 4, 1943

ATTORNEY GENERAL OF TEXAS



THIS OPINION CONSIDERED AND APPROVED IN LIMITED CONFERENCE